FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS M.,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | NO: 1:18-CV-3122-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. §405(g). ECF No. 20. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Heather L. Griffith.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 20, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council should remand this case to the Administrative Law Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

(ALJ) for a de novo hearing and a new decision.  On remand, the ALJ shall (1) further evaluate the opinion evidence, including the evidence from Dr. Thompson, Dr. Williams, Dr. Colby, Dr. Moon, Mr. Bullock, Dr. Sanchez, Dr. Marks, and Ms. Moss; (2) obtain updated evidence from a medical expert; and (3) further evaluate Plaintiff's symptom claims.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** February 19, 2019.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge